## Stanley H. Doggett, Appellee, v. North American Life Insurance Company of Chicago et al., Appellants.

### Gen. No. 41,495.

Heard in second division, first district, this court at October term, 1940; opinion filed March 24, 1942; rehearing denied April 11, 1942. Arthur C. Rooney, for appellants; Castle, Williams & McCarthy, for appellee; Emmett J. McCarthy, Robert R. Hanley and George R. Lyon, of counsel. Opinion by PRESIDING JUSTICE SCANLAN. "Not to be published in full."